IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND A. BROWN,

        Petitioner,                  No. CIV S-11-1602 GGH P

    vs.

MIKE McDONALD, Warden,

        Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In his application, petitioner challenges a conviction issued by the Merced County Superior Court. Merced County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

////

1

1         Good cause appearing, IT IS HEREBY ORDERED that:

2         1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4         2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6         United States District Court
         Eastern District of California
7         2500 Tulare Street
         Fresno, CA 93721

8

9 DATED: June 16, 2011

10

11                     /s/ Gregory G. Hollows

12                   GREGORY G. HOLLOWS
                    UNITED STATES MAGISTRATE JUDGE

13 GGH:mp
brow1602.109